**MORTGAGE RECOVERY LAW GROUP, LLP**
MICHAEL H. DELBICK (State Bar No. 139200)
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
Telephone: (818) 630-7900 Facsimile: (818) 630-7920
e-mail: mdelbick@themrlg.com

Attorneys for Federal Deposit
Insurance Corporation as Receiver
for Signature Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON N. VERDI,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SIGNATURE BANK; JOSEPH DEPAOLO; STEPHEN WYREMSKI; ERIC HOWELL; and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-cv-01206-JVS-KES<br><br>**SUPPLEMENT TO NOTICE OF REMOVAL BY FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SIGNATURE BANK** |

Federal Deposit Insurance Corporation as Receiver for Signature Bank ("FDIC-R") hereby submits this Supplement to the Notice of Removal of Action Pursuant to 12 U.S.C. § 1819(b)(2)(B) and 28 U.S.C. § 1441(a), dated July 6, 2023 (the "Notice of Removal") (ECF No. 1). Pursuant to Section G of the Initial Order Following Filing of Complaint Assigned to Judge Selna (ECF No. 7), which directed that all documents filed in state court be refiled in this Court as a supplement to the Notice of Removal, if not already included, the FDIC-R supplements the Notice of Removal with the following documents:

1. **Exhibit E:** ROA # 7 Notice of Hearing – Case Management Conference
2. **Exhibit F:** ROA # 14 Notice of Rejection of Electronic Filing
3. **Exhibit G:** ROA #15 [Proposed] Order Granting Plaintiff's Motion for an Order Compelling Responses to Form Interrogatories (Set One) and

Imposing Monetary Sanctions

4. **Exhibit H:** ROA # 16 [Proposed] Order Granting Plaintiff's Motion for an Order Matters Be Deemed Admitted and Imposing Monetary Sanctions

5. **Exhibit I:** ROA # 20 Plaintiff's Notice of Motion and Motion for an Order Matters Be Deemed Admitted and Imposing Monetary Sanctions; Memorandum of Points and Authorities; Declaration of Cameron N Verdi; [Proposed] Order

6. **Exhibit J:** ROA # 21 Plaintiff's Notice of Motion and Motion to Compel Responses to Interrogatories and Request for Monetary Sanctions; Memorandum of Points and Authorities; Declaration of Cameron N Verdi; and [Proposed] Order

7. **Exhibit K:** ROA #28 Notice of Removal to Federal Court (without attachments)

8. **Exhibit L:** ROA # 33 Minute Order 07/17/2023

9. **Exhibit M:** ROA # 34 Clerk's Certificate of Mailing/Electronic Service

As stated in paragraph 10 of the Notice of Removal, there is no requirement that all defendants join in the FDIC-R's Notice of Removal. By way of additional authority that under 12 U.S.C. § 1819 the rule of unanimity does not apply to an FDIC removal, the FDIC-R notes the following cases. *See Garcia v. Am. Red Cross*, 1992 U.S. Dist. LEXIS 23400, at *2 (C.D. Cal. Aug. 11, 1992) ("The FDIC and the FSLIC may also remove cases to federal court without the consent of their co-defendants."); *see also Casey v. FDIC*, 583 F.3d 586, 591 (8th Cir. 2009) ("The FDIC's authority to remove under the statute is unilateral: it does not depend upon the consent of other defendants").

| | |
|---|---|
| DATED: July 20, 2023 | MORTGAGE RECOVERY LAW GROUP, LLP |
| | By:  */s/ Michael H. Delbick*<br>Michael H. Delbick |
| | Attorneys for Federal Deposit Insurance Corporation as Receiver for Signature Bank |

3
SUPPLEMENT TO NOTICE OF REMOVAL OF ACTION